UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAN DOLPHIN,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVIS RUIZ, et al.,<br><br>        Defendants. | Case No. CV 07-0645-PA (JTL)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, plaintiff's Motion for Judgment of Default, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered granting plaintiff's Motion for Default Judgment and entering judgment by default against defendant Travis Ruiz in favor of plaintiff and awarding nominal damages in the amount of $1.00 to plaintiff.

DATED: October 9, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE