# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHMAN DOLPHIN,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVIS RUIZ, et al.,<br><br>    Defendants. | Case No. CV 07-0645-PA (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that plaintiff's Motion for Default Judgment is granted and judgment is entered against defendant Travis Ruiz.  Plaintiff is awarded nominal damages in the amount of $1.00.

DATED:   October 9, 2008

                                                     PERCY ANDERSON<br>
                                                   UNITED STATES DISTRICT JUDGE